IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-06-00293-CV

 

In re
Theron Belton

 

 



Original Proceeding

 

 



MEMORANDUM  Opinion



 

          Theron Belton seeks a writ of mandamus
compelling Respondent, the Honorable Kenneth H. Keeling, Judge of the 278th
District Court of Walker County, to (1) vacate an order denying Belton leave to
file an amended petition and (2) grant Belton’s motion for leave to file the
amended petition.  However, Belton has an adequate remedy by appeal.  See,
e.g., Greenhalgh v. Serv. Lloyds Ins. Co., 787 S.W.2d 938, 939-40 (Tex. 1990); Weidner v. Sanchez, 14 S.W.3d 353, 376-77 (Tex. App.—Houston [14th
Dist.] 2000, no pet.); Tiller v. Martinez, 974 S.W.2d 769, 772-73 (Tex.
App.—San Antonio 1998, pet. dism’d w.o.j.).  Accordingly, the petition is denied. 
See In re Kan. City S. Indus., Inc., 139 S.W.3d 669, 670 (Tex. 2004) (orig. proceeding); In re Toyota Motor Corp., 191 S.W.3d 498, 504 (Tex.
App.—Waco 2006, orig. proceeding [mand. denied]).

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Petition denied

Opinion delivered and
filed October 4, 2006

[OT06]








 






 
 
 
 
 
 
 
 
 
 
 
 

 


 

IN THE

TENTH COURT OF
APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-05-00132-CV

 

In re Sarah Jane Forman and Rhonda Wells

 

 



Original
Proceeding

 

 



MEMORANDUM 
Opinion



 

We received notice of the settlement
of the suit underlying the above referenced matter.  On April 29, 2005, we notified the Real Party
in Interest and the Relators that the petition for writ of mandamus might be
dismissed as moot unless, within fourteen days after the date of the notice,
grounds were shown for continuing the proceeding.  No response has been received.  Thus, we dismiss the petition for writ of
mandamus as moot.

 

BILL VANCE

Justice

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Writ dismissed

Opinion delivered and filed May 25, 2005

[OT06]